**UNITED STATES DISTRICT COURT**
**DISCTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| CHARLES GIBSON, | ) | |
|       Plaintiff | ) | |
| | ) | |
| v. | ) | C. A. NO: 1:19-CV-10618-GAO |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
|       Defendant | ) | |

### PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO PROVIDE THE HOME ADDRESS OF FEDERAL RULE OF CIVIL PROCEDURE RULE 30(b)(6) ORGANIZATIONAL DESIGNEE

Now comes the Plaintiff in the above-entitled action and moves this Honorable Court to issue an order compelling Defendant to provide Plaintiff with the last-known home address of Paul Santamaria, the individual whom Defendant has designated as the person with the most knowledge of the topics to be addressed at Plaintiff's deposition of Defendant pursuant to Fed.R.Civ.P. Rule 30(b)(6).

As grounds for this motion, Plaintiff states the following

1. This above-captioned lawsuit arises out of an incident where plaintiff alleges he slipped and fell on ice on the exterior stairs of a U.S. Post office and sustained injuries as a result of said fall.

2. Based on Defendant's discovery responses, including both answers to interrogatories and responses to requests for documents, Plaintiff intends on deposing Mr. Paul Santamaria, former custodian at the US post Office where the incident occurred.

3. Mr. Santamaria is the only postal employee who provided a written statement concerning the incident in question.

4. Mr. Santamaria was present at the U.S. Post office where the incident occurred on the day of the subject incident.

5. Based on Defendant's discovery responses, it appears that Mr. Santamaria is the person with the most knowledge of the conditions in the area where the subject incident occurred and the efforts made by Defendant to remove snow and treat any ice at that location.

6. Mr. Santamaria is believed to have conducted at least some type of investigation into the incident following its occurrence.

7. Counsel for Defendant has indicated that Mr. Santamaria has retired since the incident and is therefore no longer an employee of Defendant nor subject to Defendant's requests to cooperate.

8. In order to compel Mr. Santamaria's appearance at the aforementioned deposition, Plaintiff will need to serve him with a subpoena but needs his last known home address in order to do so.

9. As an abundance of caution to any privacy issues, Plaintiff seeks an order from This Court compelling Defendant to provide Mr. Santamaria's last known residential address.

10. Counsel for the Plaintiff represents that the issuance of the requested order will result in no prejudice to either party and allowing the motion serves the interests of justice.

Accordingly, Plaintiff moves this Honorable Court to issue an order requiring Defendant to provide Counsel for Plaintiff with the last-known home address for Paul Santamaria.

Respectfully Submitted,
The Plaintiff,
By His Attorney,
*/s/ Adam H. Becker*

Adam H. Becker
B.B.O. No. #561032
KECHES LAW GROUP, P.C.
2 Granite Ave, Suite 400
Milton, MA 02186
(508) 821-4355
abecker@kecheslaw.com

**Dated: September 16, 2020**

## **Local Rule 7.1 Certification**

I, Adam Becker, the undersigned Counsel for Plaintiff certify that I have conferred with Michael Sady, Counsel for Defendant, and he has indicated that he will not be taking a position with regard to opposing said motion.

/s/  Adam H. Becker
Adam H. Becker
B.B.O. No. #561032
KECHES LAW GROUP, P.C.
2 Granite Ave, Suite 400
Milton, MA 02186
(508) 821-4355
abecker@kecheslaw.com

**Dated: September 16, 2020**